1AO 450 (Rev. 5/85) Judgment in a Civil CASE

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF ___NEW YORK_____

ENIO R. RIVERA,
MICHAEL TALTON,

              Plaintiff,

        v.                                                      07-CV-6483L

ROCHESTER GENESEE REGIONAL
TRANSPORTATION AUTHORITY,
              Defendant,

## JUDGMENT IN A CIVIL ACTION

☐     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have  been
      tried and the jury has rendered its verdict.


X     **Decision by Court.** This action came to hearing before the Court.  The issues have been
      tried and a decision has been rendered.


      **IT IS ORDERED AND ADJUDGED** defendants' motion for summary judgment is granted
      in its entirety, and the amended complaint is dismissed.


January 27, 2011
Date

                                        ___MICHAEL J. ROEMER___
                                            Clerk Of Court
                                        United States District Court



                                        ___s/Tricia M. O'Fray_____
                                        (BY) TRICIA M. O' FRAY
                                            Deputy Clerk