# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __NEW YORK__

ENIO R. RIVERA,
MICHAEL TALTON,

      **Plaintiff,**

      v.                       07-CV-6483L

ROCHESTER GENESEE REGIONAL
TRANSPORTATION AUTHORITY AND
JOHN TIBERIO,

      **Defendant,**

## AMENDED
## JUDGMENT IN A CIVIL ACTION

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came to hearing before the Court. The issues have been tried and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** defendants' motion for summary judgment is granted in its entirety, and the amended complaint is dismissed.

February 3, 2011
Date

                            **MICHAEL J. ROEMER**
                            **Clerk Of Court**
                          **United States District Court**


                            s/Tricia M. O'Fray
                          (BY) TRICIA M. O' FRAY
                              Deputy Clerk